Opinion filed March 15, 1937.

Winston, Strawn & Shaw, for appellant Chicago Title and Trust Co.; Richard H. Hollen and George W. Ott, of counsel. Cummings & Wyman, for appellants E. G. Swanson et al.; Joseph W. Cummings and Elmer C. Grage, of counsel. Monahan & Monahan, for appellants Raymond J. Downey et al. Francis E. Cash and Morris Blank, *pro se.*

Mr. Presiding Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, appellee, v. 245 East Grand Avenue—Search Warrant. Outdoor Publishing Company, appellant. Gen. No. 39,287.

Opinion filed March 15, 1937. Rehearing denied March 29, 1937.

Alois S. Knapp, for appellant. Thomas J. Courtney, State's Attorney, for appellee; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Harry C. Shaver, plaintiff in error. Gen. No. 39,322.

Opinion filed March 15, 1937. Rehearing denied March 29, 1937.

Thomas Marshall and Ray E. Lane, for plaintiff in error. Otto Kerner, Attorney General, for defendant in error; A. B. Dennis, Assistant Attorney General, Thomas J. Courtney, State's Attorney, Edward E. Wilson, John T. Gallagher and Richard H. Devine, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Chicago Title and Trust Company, plaintiff, v. Egidio Mazzarese et al., defendants.

Harry Friedman, appellant, v. E. G. Swanson et al., appellees. Gen. No. 39,133.

Opinion filed March 15, 1937.

Shulman, Shulman & Abrams and Isadore Kaplan, for appellant; Meyer Abrams, of counsel. Campbell, Clithero & Fischer, for appellees.

Mr. Justice McSurely delivered the opinion of the court.